# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAYON PAYNE,**

     **Plaintiff,**

**-vs-**                **Case No.   6:12-cv-1356-Orl-22KRS**

**TAUREAN O'KEITH JACKSON, et al.,**

     **Defendants.**

_____

## ORDER

This cause is before the Court on the Plaintiff's Affidavit of Indigency/Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed on September 6, 2012.

The United States Magistrate Judge has submitted a report recommending that this case be dismissed for lack of subject matter jurisdiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.   Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 26, 2012 (Doc. No. 9), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Affidavit of Indigency/Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2), filed on September 6, 2012., is **DENIED**.

3. This case is **DISMISSED** for lack of subject matter jurisdiction.

4.     The Clerk shall terminate any other pending motions and close the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 12 , 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party